US DISTRICT COURT INDEX SHEET

















```
SLC
3:99-CR-1781 USA V. ZEPEDA
*1*
*CRCMP*
```

FILED

MAY 2 6 1999

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF...

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

99 mg 8501

| UNITED STATES OF AMERICA<br>Plaintiffs,<br>v.<br>Daniel ZEPEDA<br>DOB: 05/14/77<br>Fabian MARTINEZ-Maduena<br>DOB: 03/21/80<br>Defendants. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952, and 960<br>Importation of a Controlled<br>Substance (Felony) |
|---|---|

The undersigned complainant being duly sworn states:

COUNT ONE

On or about May 24, 1999, within the Southern District of California, defendant Daniel ZEPEDA and Fabian MARTINEZ-Maduena, did knowingly and intentionally import approximately 37.50 pounds of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952, and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Anthony A. Jentus, Special Agent
U.S. Customs Service

Sworn to before me and subscribed in my presence, May 26, 1999.

_____
JOSEPH SCHMITT
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
        v.
**Daniel ZEPEDA**
**Fabian MARTINEZ-Maduena**

### STATEMENT OF FACTS

On May 24, 1999 at approximately 0915 hrs., a 1989 Oldsmobile, bearing CA plates, registered to another person and driven by ZEPEDA, attempted to enter the United States at the Calexico, California, West Port of Entry. The inspector assigned to the primary inspection obtained a negative Customs declaration from ZEPEDA. The inspector noticed that ZEPEDA'S hands shook as he handed him the vehicle registration. The vehicle and ZEPEDA were referred to the secondary inspection area.

The Customs inspector at secondary obtained a negative Customs declaration from ZEPEDA. The inspector noticed that ZEPEDA'S hands shook when he presented identification. A narcotic detector dog alerted under the Oldsmobile by scratching on the gas tank. Sixty-one (61) packages containing a green leafy substance were found within the gas tank. The substance field tested positive for THC, the active ingredient in marijuana. The total weight of the packages was approximately 57.61 pounds.

ZEPEDA and MARTINEZ were arrested for the importation of narcotics into the United States. ZEPEDA and MARTINEZ were advised of their Miranda rights individually by Special Agent (SA) Lambert, which they acknowledged and invoked. The interviews were terminated.

ZEPEDA and MARTINEZ were fingerprinted, photographed, and transported to the Imperial County Jail pending their Initial

1  Appearance on May 26, 1999, before the U.S. Magistrate in El
2  Centro, California.